UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20263-CR-GRAHAM
18 U.S.C. § 1542

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

v.

CHARLES MCARTHUR EMMANUEL,
a/k/a "Charles 'Chuckie' Taylor, Jr,"

Defendant.
_____/

INDICTMENT

The Grand Jury charges that:

On or about March 30, 2006, in the Southern District of Florida, and elsewhere, the defendant,

CHARLES MCARTHUR EMMANUEL,
a/k/a "Charles 'Chuckie' Taylor, Jr.,"

did knowingly and willfully use and attempt to use passport number 710688245, issued under the authority of the United States, to gain entry into the United States at Miami International Airport, having secured said passport by reason of a false statement the defendant made in the

application for that passport, where the defendant falsely stated that his father was Steven Daniel Smith, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20263-CR-GRAHAM
                    MAGISTRATE JUDGE
                    O'SULLIVAN

UNITED STATES OF AMERICA

vs.

CHARLES MCARTHUR EMMANUEL,

Defendant.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

- **X** Miami  ___ Key West
- ___ FTL  ___ WPB  ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      **X**        Petty       ___
   II   6 to 10 days     ___          Minor       ___
   III  11 to 20 days    ___          Misdem.     ___
   IV   21 to 60 days    ___          Felony      **X**
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   06-02355-Palermo
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   **X** No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?   ___ Yes   **X** No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   **X** No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   **X** No

                                   _____
                                   KAREN ROCHLIN
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court ID No. A5500050

*Penalty Sheet(s) attached                                   REV.1/14/04

**06 - 20263 CR-GRAHAM**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



PENALTY SHEET

Defendant's Name: __CHARLES MCARTHUR EMMANUEL__

Case No: _____

Count #: 1         False Statement in Application and Use of Passport

18 U.S.C. §1542

| * Max. Penalty: | 15 years imprisonment |

Count #:

*Max. Penalty:

Counts #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.